IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL ERIC COLLIER,

   Petitioner       No. CIV S-09-0656 DAD P

  vs.

PEOPLE OF CALIFORNIA,

   Respondent.     ORDER
_____/

   Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 13, 2010, respondent filed an answer to the petition and on April 8, 2010, petitioner filed a traverse. On the same date he filed his traverse, petitioner filed a document with the court entitled "Leave to Amended [sic] Complaint," in which he requests that the court substitute the warden of Kern Valley State Prison as the proper respondent in this matter. On August 9, 2010, petitioner filed another motion with the court, which reflects that he was transferred from Kern Valley State Prison to Salinas Valley State Prison. Petitioner's request to substitute the correct respondent will be granted. The court will substitute the warden of Salinas Valley State Prison as the correct respondent in this matter. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) ("A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent

1

to the petition."); Rule 2(a), 28 U.S.C. foll. § 2254).

On August 9, 2010, petitioner also filed a motion with the court entitled "Issue Court Order for Legal Material." Therein, petitioner states that he was recently transferred from Kern Valley State Prison to Salinas Valley State Prison but has not received his legal material. He requests that the court issue an order requiring the prison to return his legal property because he "cannot adequately and productively pursue this case without my legal material." Petitioner's request will be denied. This matter is currently submitted to the court for decision and there is nothing further required of petitioner. Petitioner has not demonstrated that he has an immediate need for his legal materials in order to prosecute this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 8, 2010 request to substitute the correct respondent (Doc. No. 18) is granted. The court now substitutes in the correct respondent, the Warden of Salinas Valley State Prison; and

2. Petitioner's August 9, 2010 motion for the return of his legal property is denied.

DATED: September 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:collier656.mta

2